IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BERTHA AQUINO-BUSTOS and<br>AURELIO PENALOZA-BRAVO,<br><br>    Defendants. | CRIMINAL ACTION FILE<br><br>NO. 1:18-CR-452-MHC-CCB |

## AMENDED ORDER

It is hereby **ORDERED** that the first paragraph of Section IV of the Court's April 14, 2020, Order [Doc. 97] labeled "Conclusion" is amended to read as follows:

"Accordingly, after a *de novo* review of those portions of the R&R to which the United States objects, the Court **OVERRULES** its objections [Doc. 94]. Finding no clear error in the remaining portions of the R&R, the Court **ADOPTS** the R&R [Docs. 91 & 93] as the Opinion and Order of the Court."

**IT IS SO ORDERED** this 15th day of April, 2020.

_____
MARK H. COHEN
United States District Judge